UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 25-10783-RGS

KIMBERLY CROSSON

v.

NORTHERN LIGHT SEBASTICOOK VALLEY HOSPITAL, et al.

ORDER

May 7, 2025

STEARNS, D.J.

On March 31, 2025, Kimberly Crosson, a resident of Maine with a mailing address in New Hampshire, filed a civil complaint accompanied by an application to proceed in district court without prepaying fees or costs. The named defendants in her self-prepared complaint are the Northern Light Sebasticook Valley Hospital, the hospital's president, a health insurer and unnamed staff and administrators whom she identifies as John and Jane Does. It appears that in 2023 she was in a car accident and entered the emergency room of the defendant hospital for treatment.

Because venue is not proper in the District of Massachusetts, the court will order that this action be transferred to the United States District Court for the District of Maine.

In the present context, the term "venue" refers to "the geographic specification of the proper court or courts for the litigation of a civil action

that is within the subject-matter jurisdiction of the district courts." 28 U.S.C. § 1390(a). Federal trial courts are divided geographically into districts, and the venue statutes designate appropriate districts for each case.

Under the general venue statute, venue is proper in a judicial district in which the defendants reside or in which "a substantial part of the events or omissions giving rise to the claim occurred." 28 U.S.C. § 1391(b). Because the defendants in this action reside in Maine and the events giving rise to Crosson's claims occurred in Maine, venue does not exist in the District of Massachusetts. Rather, venue is proper in the District of Maine.

Accordingly, pursuant to 28 U.S.C. § 1404, the court hereby orders that the Clerk transfer this action to the United States District Court for the District of Maine. Whether Crosson should be permitted to proceed without prepayment of fees is a determination to be made by the transferee court.

                      SO ORDERED.

                      /s/ Richard G. Stearns
                      UNITED STATES DISTRICT JUDGE